IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION, ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Jonathan E. Robinson, et al., ) C.A. No. 4:09-227 ) _____) ) Jonathan E. Robinson, et al., ) ) Plaintiff(s), ) ) v. ) ) GE Money Bank, et al., ) ) Defendant(s) ) | **MDL Docket No. 09-2119-JAT** **NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above has been reassigned to Judge James A. Teilborg and is now consolidated with and part of **MDL No. 2119** pursuant to the Transfer Order filed December 7, 2009.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2119,** The title page of these documents should be prepared as shown above.

December 11, 2009                                  RICHARD H. WEARE
      Date                                              DCE/Clerk

                                                                    s/M. Pruneau
                                                                    Deputy Clerk