✗ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Feb 16, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 29, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION

MDL No. 2119

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS**

On December 7, 2009, the Panel transferred five civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2009). Since that time, seven additional actions have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable James A. Teilborg.

It appears that the actions on this conditional transfer order comprise claims relating to: (1) the formation and/or operation of the Mortgage Electronic Registration Systems (MERS), which involve questions of fact that are common to the previously transferred MDL No. 2119 actions; and (2) claims that are not so related.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of December 7, 2009, and, with the consent of that court, assigned to the Honorable James A. Teilborg.

All claims in these actions that are unrelated to the formation and/or operation of the MERS system are separated and simultaneously remanded, under 20 USC 1407, to the District of Nevada.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 16, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION        MDL No. 2119

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| NEVADA | | | |
| NV | 2 | 08-1550 | Ovidiu Ene v. Deutshe Bank National Trust Co., et al. |
| NV | 2 | 09-1939 | Raida Shieban v. Silver State Financial Services, Inc., et al. |
| NV | 2 | 09-2081 | Merrily Whalen v. Mortgage Electronic Registration System, et al. |
| NV | 2 | 09-2161 | Baldomero P. Villa, et al. v. First Guaranty Financial Corp., et al. |
| NV | 2 | 09-2233 | Cynthia Hall v. MortgageIt, Inc., et al. |
| NV | 2 | 09-2246 | Michael Greene v. Countrywide Home Loans, Inc., et al. |
| NV | 2 | 09-2265 | Regan Velasquez v. The Lending Group, Inc., et al. |
| NV | 2 | 09-2267 | Donald Hora, et al. v. Credit Suisse First Boston Financial Corp., et al. |
| NV | 2 | 09-2268 | Marlene Lalatag v. Money First Financial Services, Inc., et al. |
| NV | 2 | 09-2273 | Michael Greene v. Countrywide Home Loans, Inc., et al. |
| NV | 2 | 09-2290 | Andrea G. Saniel v. Recontrust Co., et al. |
| NV | 2 | 09-2298 | Connie Kwok v. Recontrust Co., N.A., et al. |
| NV | 2 | 09-2353 | Amira Berilo v. HSBC Mortgage Corp., U.S.A., et al. |
| NV | 2 | 09-2376 | Kathryn Yateman, et al. v. JP Morgan Chase Bank, N.A., et al. |
| NV | 2 | 09-2400 | Edward T. Fitzwater, et al. v. BAC Home Loans Servicing, LP, et al. |
| NV | 2 | 09-2401 | Michael H. Evans v. Aurora Loan Services, LLC, et al. |
| NV | 2 | 09-2404 | Alan Kartman v. Ocwen Loan Servicing, LLC, et al. |
| NV | 2 | 09-2414 | Albert Kahalehoe, et al. v. WMC Mortgage Corp., et al. |
| NV | 2 | 09-2449 | Russell D. Bricker v. Wells Fargo Bank N.A., et al. |
| NV | 2 | 09-2456 | Thomas Boyd v. Wells Fargo Bank, N.A., et al. |
| NV | 2 | 10-1 | Philip Golding v. Amtrust Bank, et al. |
| NV | 3 | 09-553 | Thorne Huck, et al. v. Countrywide Home Loans, Inc., et al. |
| NV | 3 | 09-556 | Steven R. Gillespie, et al. v. Countrywide Bank FSB, et al. |
| NV | 3 | 09-632 | Dennis Duncan, et al. v. Countrywide Home Loans, Inc., et al. |
| NV | 3 | 09-641 | Sabrina M. Caffee v. First National Bank of Nevada, et al. |
| NV | 3 | 09-642 | Jonathon E. Sieben, et al. v. Countrywide Home Loans, Inc., et al. |
| NV | 3 | 09-643 | Thorne Huck, et al. v. Countrywide Home Loans, Inc., et al. |
| NV | 3 | 09-654 | Tammy Vo v. American Brokers Conduit, et al. |
| NV | 3 | 09-656 | Cory T. Eastwood v. Lehman Brothers Bank, FSB, et al. |
| NV | 3 | 09-663 | Stuart M. Ellifritz, et al. v. Netbank, et al. |
| NV | 3 | 09-665 | David R. McConathy, et al. v. Gateway Business Bank, et al. |
| NV | 3 | 09-666 | Levi J. Smith, et al. v. First National Bank of Nevada, et al. |
| NV | 3 | 09-677 | William C. Barlow v. BNC Mortgage, Inc., et al. |
| NV | 3 | 09-689 | Christina Sage, et al. v. BNC Mortgage, Inc., et al. |
| NV | 3 | 09-734 | John Mason, et al. v. Countrywide Home Loans, Inc., et al. |
| NV | 3 | 09-754 | Ronald E. Freeto v. Litton Loan Servicing LP, et al. |
| NV | 3 | 10-1 | Robert L. Fitzgerald v. Quality Loan Service Corp., et al. |
| NV | 3 | 10-16 | Miguel A. Dominguez, et al. v. Litton Loan Servicing, LP, et al. |