1 | William A. Nebeker, AZ State Bar No. 004919
Valerie R. Edwards, AZ State Bar No. 017217
2 | Lisa I. Streu, AZ State Bar No. 026679
KOELLER NEBEKER CARLSON & HALUCK, LLP
3 | 3200 North Central Avenue, Suite 2300
Phoenix, AZ  85012
4 | Tel:  (602) 256-0000
Fax:  (602) 256-2488

5 | William A. Nebeker, CA State Bar No. 72079
Sharon A. Huerta, CA State Bar No. 186998
6 | KOELLER NEBEKER CARLSON & HALUCK, LLP
225 Broadway, Suite 2100
7 | San Diego, CA  92101
Tel:  (619) 233-1600
8 | Fax: (619) 236-0527

9 | Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, NV State Bar No. 4450, CA State Bar No. 159542
10 | HAGER & HEARNE
245 E. Liberty - Suite 110
11 | Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
12 | *Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION | Case No.: 2:**09-md-02119 JAT** |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' CONSOLIDATED RESPONSE TO JOINDERS OF MORTGAGEIT, INC. (Doc. 299), NATIONAL CITY ENTITIES (Docs. 329, 330, 332, 334, 336), HSBC MORTGAGE CORPORATION, U.S.A.  AND HOUSEKEY FINANCIAL (Docs. 337, 338, 339, 340, 341, 342), MIDLAND MORTGAGE COMPANY AND SUNTRUST MORTGAGE (Doc. 418), And MIDLAND MORTGAGE COMPANY AND MIDFIRST BANK (Doc. 419)** |
| Robinson v. GE Money Bank No. CV 09-227-TUC-JAT Vargas v. Countrywide Home Loans, Inc. No. CV 09-02616-PHX-JAT Goodwin v. Executive Trustee Services, Inc. No. CV 10-0079-PHX-JAT Lopez v. Executive Trustee Service No. CV 10-0078-PHX-JAT Dalton v. CitiMortgage No. CV 10-0081-PHX-JAT Green v. Countrywide Home Loans, Inc. No. CV 10-0080-PHX-JAT | |

Plaintiffs, through counsel undersigned, hereby submit their Consolidated Response to the Joinders filed by the parties listed above to the Motions to Dismiss filed by other defendants, and incorporate by this reference all arguments and citations to legal argument contained in Plaintiffs' Consolidated Responses to MERS' and Certain Defendants' Motions to Dismiss (Doc. 448), Plaintiffs' Consolidated Responses to the Shareholder Defendants' Motions to Dismiss (Doc. 450), and Plaintiffs' Consolidated Response to the servicer and foreclosing trustee defendants' motions to dismiss (Doc. 451). The same arguments related to the transferred claims apply to MortgageIt as a Lender, to HSBC as a Securitizer, Houekey as a foreclosing entity, and all the joinders by these defendants show that the various complaints make claims against them in their capacities as such, showing that these defendants are properly apprised of Plaintiffs' claims against them.

DATED: May 7, 2010

KOELLER NEBEKER CARLSON & HALUCK, LLP
By  */s/ William A. Nebeker*

HAGER & HEARNE

By */s/ Robert R. Hager*
Robert R. Hager
Treva J. Hearne
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants:

By:   /S/ Karen Jones