**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE Mortgage Electronic Registration Systems (MERS) Litigation | MDL DOCKET NO. 09-2119-JAT |
| _____ | **ORDER** |
| This Order Applies to: | |
| CV 09-2616-PHX-JAT<br>CV 10-78-PHX-JAT<br>CV 10-79-PHX-JAT<br>CV 10-80-PHX-JAT<br>CV 10-81-PHX-JAT<br>CV 10-630-PHX-JAT<br>_____ | |

On September 30, 2010, this court granted various motions to dismiss the complaints in the six above-captioned member cases. *See* Doc. 1170. While the complaints were dismissed without prejudice, leave to amend was not granted. Without obtaining leave to amend, Plaintiffs have filed a Consolidated Amended Master Complaint (hereinafter "Master Complaint") as an amended complaint for all six cases (Doc. 1205). As leave has not been granted, the Court will strike this Master Complaint.

Plaintiffs, if they choose to seek leave to amend, should jointly file a proposed consolidated amended complaint together with the various plaintiffs whose actions are currently joined to this MDL.

Accordingly,

1       IT IS ORDERED striking Plaintiff's Consolidated Amended Master Complaint
2 Regarding Claims Related to the Formation and Operation of the MERS System (Doc. 1205).
3       IT IS FURTHER ORDERED denying the Stipulation for Extension of Time to
4 Answer Complaint (Doc. 1214) as moot.

5       DATED this 3rd day of January, 2011.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge